**STATE v. LEGINS**

[362 N.C. 83 (2007)]

STATE OF NORTH CAROLINA v. TAMON JACOBY LEGINS

No. 310A07

(Filed 7 December 2007)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 184 N.C. App. 156, 645 S.E.2d 835 (2007), finding no error in defendant's trial which resulted in a judgment entered 4 January 2006 by Judge William Z. Wood, Jr. in Superior Court, Forsyth County. Heard in the Supreme Court 15 November 2007.

*Roy Cooper, Attorney General, by LaToya B. Powell, Associate Attorney General, for the State.*

*J. Clark Fischer for defendant-appellant.*

PER CURIAM.

AFFIRMED.